UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER CLIFFORD,<br><br>      Plaintiff,<br><br>  -against-<br><br>MAJOR LEAGUE BASEBALL, MLB ADVANCED MEDIA, L.P., BOSTON RED SOX BASEBALL CLUB L.P., HOUSTON ASTROS, LLC, and JOHN DOES 1-50<br><br>      Defendants.<br><br>KRISTOPHER R. OLSON,<br><br>      Plaintiff,<br><br>  -against-<br><br>MAJOR LEAGUE BASEBALL, MLB ADVANCED MEDIA, L.P., BOSTON RED SOX BASEBALL CLUB L.P., and HOUSTON ASTROS, LLC,<br><br>      Defendants. | 20-cv-632 (JSR)<br>20-cv-1000<br><br>ORDER |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

JED S. RAKOFF, U.S.D.J.

    Clifford v. Major League Baseball et al (20-cv-1000) ("Clifford") was transferred to this Court as a related case to Olson v. Major League Baseball et al (20-cv-632) ("Olson") on February 12, 2020. The two cases are hereby consolidated for all pretrial purposes and the case management plan previously ordered in Olson will also govern Clifford.

1

SO ORDERED.

Dated:    New York, NY

February 14, 2020

JED S. RAKOFF, U.S.D.J.