UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTOPHER R. OLSON,
CHRISTOPHER LOPEZ, WARREN
BARBER, CHRISTOPHER CLIFFORD
and ERIK LIPTAK,

          Plaintiffs,

v.

MAJOR LEAGUE BASEBALL; MLB
ADVANCED MEDIA LP; HOUSTON
ASTROS, LLC; and BOSTON RED SOX
BASEBALL CLUB, LP,

          Defendants.

20 Civ. 632 (JSR)
20 Civ. 1000 (JSR)

**ORAL ARGUMENT REQUESTED**

---

## DEFENDANTS MAJOR LEAGUE BASEBALL AND MLB ADVANCED MEDIA LP'S NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law, dated February 21, 2020, and (ii) the Declaration of John L. Hardiman, dated February 21, 2020 and the exhibits thereto, the undersigned Defendants Major League Baseball and MLB Advanced Media LP will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on March 20, 2020 at 9:00 a.m., or at such other date and time determined by the Court, for an Order dismissing the Amended Complaint in its entirety with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

As set forth in the Court's Civil Case Management Plan (ECF No. 17), Plaintiffs shall file any opposition to this motion by March 6, 2020, and Defendants shall file any reply by March 13, 2020.

Dated: February 21, 2020
      New York, New York

Respectfully submitted,

*/s/ John L. Hardiman*
John L. Hardiman
Benjamin R. Walker
Adam R. Brebner
Hannah Lonky Fackler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004 OR
Tel:  212-558-4000
Fax:  212-558-3558
hardimanj@sullcrom.com
walkerb@sullcrom.com
brebnera@sullcrom.com
facklerh@sullcrom.com

*Counsel for Major League Baseball and MLB Advanced Media LP*