UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>Defendants. | Case No. 1:20-cv-00632-JSR |

**DEFENDANT HOUSTON ASTROS, LLC'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss, Defendant Houston Astros, LLC, by its attorneys, Vinson & Elkins, L.L.P., respectfully moves this Court, before the Honorable Jed S. Rakoff, United States District Judge, United States District Court, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, at a date and time to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint with prejudice, for Plaintiffs' failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE pursuant to the Court's Scheduling Order signed on February 7, 2020, any opposing memoranda must be served on or before March 6, 2020, and any reply memoranda must be served on or before March 13, 2020.

Dated:  February 21, 2020

                                                Respectfully submitted,

|  |  |
|---|---|
| Michael C. Holmes (*admitted pro hac vice*) <br> 2001 Ross Avenue <br> Suite 3900 <br> Dallas, TX 75201 <br> Tel: 214-220-7814 <br> Fax: 214-999-7814 <br> mholmes@velaw.com | */s/   Hilary L. Preston* <br> Clifford Thau <br> Hilary L. Preston <br> VINSON & ELKINS LLP <br> 1114 Avenue of the Americas <br> 32nd Floor <br> New York, NY 10036 <br> Tel:  212-237-0000 <br> Fax:  917-849-5342 <br> cthau@velaw.com <br> hpreston@velaw.com |

*Attorneys for Houston Astros, LLC*